540

**L. L. BEATY, Appellant, v. Guy A. THOMPSON, Trustee of Missouri Pacific Railroad Company, a Corporation.**

No. 13071.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Harvey B. Cox, of St. Louis, Mo., and William F. Smith, of Oklahoma City, Okl., for appellant.

Thomas J. Cole, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at costs of appellee, on stipulation of parties.

**Louis BLOCH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10696.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1945.

W. H. Orrick and Charles L. Barnard, both of San Francisco, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before MATHEWS and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, filed March 28, 1944, that above cause abide decision of Bloch v. Commissioner of Internal Revenue, 148 F. 2d 452, and good cause therefor appearing, it is ordered that a judgment be filed and entered reversing the decision of the Tax Court of the United States in the above-entitled matter.

**Chester BOWLES, Adm'r, O.P.A., Appellant, v. Roy M. LEDFORD et al., Appellees.**

No. 11112.

Circuit Court of Appeals, Ninth Circuit.

Aug. 2, 1945.

Frank L. Oliver and Henry Fischer, Attys., OPA, both of San Diego, Cal., for appellant.

Burton D. Wood, of San Diego, Cal., for appellees.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a decree be filed and entered accordingly and that the mandate of this court in above cause issue forthwith.

**John Young BROWN, Jr., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12964.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 12963, Oberwinder v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.